(January 18, 1895.)

## WILLMAN v. FRIEDMAN.
### [38 Pac. 937.]

On petition for a rehearing. Nothing new, no authorities cited. Petition denied.

HUSTON, J.—Every question presented by the petition for a rehearing was passed upon by the court in the decision of this case.

There are no authorities cited in the petition for rehearing, nor any arguments advanced which have not already been fully presented and decided.

We see no reason for granting a rehearing in this case. Petition denied.

Morgan, C. J., and Sullivan, J., concur.